```
ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-mj-00119-AC |
| ) | |
| Plaintiff, ) | [~~Proposed~~] ORDER TO DISMISS AND RECALL BENCH WARRANT |
| ) | |
| v. ) | |
| ) | |
| ANTHONY JAMES MCPHERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:15-mj-00119-AC without prejudice is GRANTED.

It is further ordered that the bench warrant is recalled.

IT IS SO ORDERED.

Dated: September 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE